JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FUAD BASHNAK<br>Plaintiff,<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1-100,<br>Defendant. | CASE NO.: 2:26-CV-00446-PA-MARx<br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)(A)(ii)]** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) with each party bearing their own attorneys' fees, costs, liens, and other repayment obligations.

**IT IS SO ORDERED.**

Dated: October 23, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE